JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JORGE RIVERA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:22-cv-02203-AS<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: June 16, 2023　　　　　　　　　／ s / Sagar
　　　　　　　　　　　　　　HON. ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE