Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
        1990 N. California Blvd.  Suite 20
        Walnut Creek, CA 94596
        Tel: (925) 222-7071
        Fax: (925) 522-5306
        Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
JORGE RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JORGE RIVERA,

        Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

        Defendant.

Case No. EDCV 5:22-cv-02203-AS

[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of **$6,057.22** as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 18, 2023

_____/ s / Sagar_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE